Kenneth P. Green, SBN 24036677
kgreen@snowspencelaw.com
Aaron M. Guerrero, SBN 24050698
aaronguerrero@snowspencelaw.com
Carolyn Carollo, SBN 24083437
carolyncarollo@snowspencelaw.com
Bryan Prentice, SBN 24099787
bryanprentice@snowspencelaw.com
SNOW SPENCE GREEN LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019
Telephone: 713-335-4800
Attorneys for Charles Gebhardt,
Trustee for the Miller Energy Resources Creditors' Liquidation Trust

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Cook Inlet Energy, LLC, et al.[1] | § | Case No. 15-00236 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| Charles Gebhardt, Trustee for the Miller Energy Resources Creditors' Liquidation Trust | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 16-90020 |
| | § | |
| AEGIS CAPITAL CORP., DOMINICK AND DICKERMAN LLC (F/K/A DOMINICK & DOMINICK LLC), IBS HOLDING CORP. DBA I-BANKERS SECURITIES, INC., LADENBURG THALMANN & CO. INC., MAXIM GROUP LLC, MLV & CO. LLC, NATIONAL SECURITIES CORPORATION, NORTHLAND SECURITIES, INC., and WILLIAMS FINANCIAL GROUP | § | |
| | § | |
| Defendants. | § | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cook Inlet Energy, LLC, an Alaska limited liability company (6643); Miller Energy Resources, Inc., a Tennessee corporation (8629); Miller Energy Services, LLC, a Delaware limited liability company (8670); Miller Energy GP, LLC, a Delaware limited liability company (0999); Miller Rig & Equipment, LLC, a Delaware limited liability company (8727); Miller Drilling, TN LLC, a Tennessee limited liability company (8891); East Tennessee Consultants, Inc., a Tennessee corporation (3108); East Tennessee Consultants II, L.L.C., a Tennessee limited liability company (0107); Anchor Point Energy, LLC, an Alaskan limited liability company (7946); Savant Alaska, LLC, a Colorado limited liability company (0579); and Nutaaq Operating LLC, an Alaska limited liability company (2908).

1

**AGREED ORDER CONSOLIDATING LIQUIDATION TRUSTEE'S AMENDED OBJECTIONS TO PROOF OF CLAIMS FILED AGANIST**

**AEGIS CAPITAL CORP.**
[DOC. NO. 1022 IN CASE NO. 15-00236 AND DOC NO. 179 IN CASE NO. 15-00313]

**DOMINICK AND DICKERMAN LLC (F/K/A DOMINICK & DOMINICK LLC)**
[DOC. NO. 1023 IN CASE NO. 15-00236 AND DOC NO. 191 IN CASE NO. 15-00313]

**IBS HOLDING CORP D/B/A I-BANKERS SECURITIES, INC.**
[DOC. NO. 1024 IN CASE NO. 15-00236 AND DOC NO. 180 IN CASE NO. 15-00313]

**LADENBURG & THALMANN & CO. INC.**
[DOC. NO. 1025 IN CASE NO. 15-00236 AND DOC NO. 181 IN CASE NO. 15-00313]

**MAXIM GROUP LLC**
[DOC. NO. 1026 IN CASE NO. 15-00236 AND DOC NO. 182 IN CASE NO. 15-00313]

**MLV & CO. LLC**
[DOC. NO. 1027 IN CASE NO. 15-00236 AND DOC NO. 183 IN CASE NO. 15-00313]

**NATIONAL SECURITIES CORPORATION**
[DOC. NO. 1028 IN CASE NO. 15-00236 AND DOC NO. 184 IN CASE NO. 15-00313]

**NORTHLAND SECURITIES, INC.**
[DOC. NO. 1029 IN CASE NO. 15-00236 AND DOC NO. 185 IN CASE NO. 15-00313]

**WILLIAMS FINANCIAL GROUP**
[DOC. NO. 1030 IN CASE NO. 15-00236 AND DOC NO. 186 IN CASE NO. 15-00313]

**AND ADVERSARY PROCEEDING NO. 16-90020**

[Relates to Docket Nos. 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029 and 1030 in Case No. 15-00236, Doc. Nos. 179, 191, 180, 181, 182, 183, 184, 185 and 186 in Case No. 15-00313 & Adversary Proceeding No. 16-90020]

On this date came on to be considered the Agreed Motion to Consolidate Liquidation Trustee's Amended Objections to Proof of Claims filed by Underwriters [Doc. Nos. 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029 and 1030 in Case No. 15-00236 and Doc Nos. 179, 191, 180, 181, 182, 183, 184, 185 and 186 in Case No. 15-00313] and Adversary Proceeding No. 16-90020 (the "Subject Motion"), and the Court having considered the pleadings and official records on file

in this cause, finds that Charles Gebhardt, Liquidation Trustee of the Miller Energy Resources Creditors' Liquidation Trust, (the "Trustee"), Aegis Capital Corp. ("Aegis"), Dominick and Dickerman LLC (f/k/a Dominick & Dominick LLC) ("Dominick"), IBS Holding Corp. dba I-Bankers Securities, Inc. ("IBS"), Ladenburg Thalmann & Co. Inc. ("Ladenburg"), Maxim Group LLC ("Maxim"), MLV & Co. LLC ("MLV"), National Securities Corporation ("National"), Northland Securities, Inc. ("Northland") and Williams Financial Group ("Williams") (collectively, Aegis, Dominick, IBS, Ladenburg, Maxim, MLV, National, Northland, and Williams will be referred to as the "Underwriters") (collectively, the "Parties") have reached an agreement, and, therefore, finds that good cause exists to enter this Order incorporating the terms of that agreement, it is therefore:

**ORDERED, ADJUDGED, and DECREED** that the Subject Motion is GRANTED and that the Liquidation Trustee's Amended Objections to Proof of Claims Filed by Underwriters [Doc. Nos. 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029 and 1030 in Case No. 15-00236 and Doc Nos. 179, 191, 180, 181, 182, 183, 184, 185 and 186 in Case No. 15-00313] ("Underwriter Claim Objections") are consolidated with Adversary Proceeding No. 16-90020; *Charles Gebhardt, Trustee for the Miller Energy Resources Creditors' Liquidation Trust v. Aegis Capital Corp., Dominick and Dickerman LLC (F/K/A Dominick & Dominick LLC), IBS Holding Corp. D/B/A I-Bankers Securities, Inc., Ladenburg Thalmann & Co. Inc., Maxim Group LLC, MLV & Co. LLC, National Securities Corporation, Northland Securities, Inc., and Williams Financial Group* (the "Adversary Proceeding"); it is further

**ORDERED, ADJUDGED, and DECREED** that all pleadings, motions, orders and other papers related to the Underwriters Amended Claim Objections and/or Adversary Proceeding shall be filed in the Adversary Proceeding and shall be effective in each and every of the Underwriters

Amended Claim Objections and the Adversary Proceeding; it is further

**ORDERED, ADJUDGED, and DECREED** that Underwriters' deadline to file a responsive pleading to the Underwriters Amended Claim Objection and the Amended Complaint is December 16, 2016.

GARY SPRAKER
UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM
AND SUBSTANCE:**

**SNOW SPENCE GREEN LLP**

By:/s/ *Aaron M. Guerrero*
    Kenneth Green, SBN 24036677
    kgreen@snowspencelaw.com
    Aaron M. Guerrero, SBN 24050698
    aaronguerrero@snowspencelaw.com
    Carolyn Carollo, SBN 24083437
    carolyncarollo@snowspencelaw.com
    Bryan Prentice, SBN 24099787
    bryanprentice@snowspencelaw.com
    2929 Allen Parkway, Suite 2800
    Houston, TX 77019
    (713) 335-4800
    (713) 335-4848 fax

**ATTORNEYS FOR CHARLES GEBHARDT, TRUSTEE FOR THE MILLER ENERGY RESOURCES CREDITORS' LIQUIDATION TRUST**

*and*

**WILLIAMS & CONNOLLY LLP**

By: _____
    Amanda MacDonald
    amacdonald@wc.com
    725 Twelfth Street N.W.
    Washington, DC 20005
    (202) 434-5416

**ATTORNEYS FOR UNDERWRITERS**

the Underwriters Amended Claim Objections and the Adversary Proceeding; it is further

**ORDERED, ADJUDGED, and DECREED** that Underwriters' deadline to file a responsive pleading to the Underwriters Amended Claim Objection and the Amended Complaint is December 16, 2016.

DATED:  November 8, 2016

                                                                         /s/ Gary Spraker
                                                                         GARY SPRAKER
                                                                         United States Bankruptcy Judge

**AGREED AS TO FORM**
**AND SUBSTANCE:**

**SNOW SPENCE GREEN LLP**

By:*/s/ Aaron M. Guerrero*
    Kenneth Green, SBN 24036677
    kgreen@snowspencelaw.com
    Aaron M. Guerrero, SBN 24050698
    aaronguerrero@snowspencelaw.com
    Carolyn Carollo, SBN 24083437
    carolyncarollo@snowspencelaw.com
    Bryan Prentice, SBN 24099787
    bryanprentice@snowspencelaw.com
    2929 Allen Parkway, Suite 2800
    Houston, TX  77019
    (713) 335-4800
    (713) 335-4848 fax

**ATTORNEYS FOR CHARLES GEBHARDT, TRUSTEE FOR THE MILLER ENERGY RESOURCES CREDITORS' LIQUIDATION TRUST**

*and*

**WILLIAMS & CONNOLLY LLP**

By:  /s/ Amanda MacDonald
    Amanda MacDonald
    amacdonald@wc.com
    725 Twelfth Street N.W.
    Washington, DC  20005
    (202) 434-5416
    **ATTORNEYS FOR UNDERWRITERS**

Serve: Aaron M. Guerrero, Esq.
Bryan N. Prentice, Esq.
Amanda MacDonald, Esq., 725 Twelfth Street N.W., Washington, DC 20005
SVS

5